UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 NOV -2  P 2: 59

DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| U.S. BANK, as trustee of the Chock Full O'Nuts Corporation Benefit Protection Trust,<br><br>Plaintiff,<br><br>v.<br><br>SARA LEE CORPORATION, as successor corporation to Chock Full O'Nuts Corporation,<br><br>Defendants. | Civil Action No. |

**U.S. BANK'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure and Local Rule 7.3, U.S. Bank states that its parent corporation is U.S. Bank Corp. and that no publicly held company owns ten percent (10%) or more of U.S. Bank's stock.

Respectfully submitted,

_____
Michael T. Gass (BBO #546874)
Jacob A. Labovitz (BBO #646967)
PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA 02199
(617) 239-0100

November 2, 2004