AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF Massachusetts

U.S. Bank, as Trustee of the
Chock Full O' Nuts Corporation
Benefit Trust

V.

Sara Lee Corporation, as Successor
Corporation to Chock Full O' Nuts
Corporation

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-CV-12328 -WGY

TO: (Name and address of defendant)

Registered Agent:

Corporation Service Company
84 State Street
Boston, MA 02109

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jacob A. Labovitz
Palmer & Dodge LLP
111 Huntington Avenue
Boston, MA 02199

an answer to the complaint which is herewith served upon you, within ____twenty____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(BY) DEPUTY CLERK

DATE 11/5/04

75007

I hereby certify and return that today, November 9, 2004, I served a true and attested copy of the within Summons, Civil Cover Sheet; Category Sheet; Complaint; Plaintiff's Corporate Disclosure Statement in this action upon the within named Sara Lee Corporation, as Successor Corporation to Chock Full O' Nuts Corporation, c/o Corporation Service Company, Registered Agent, by giving in hand to Bernardo Montanez Agent in Charge. Said service was effected at: Sara Lee Corporation, as Successor Corporation to Chock Full O' Nuts Corporation, c/o Corporation Service Company, 84 State Street, Boston, MA 02109.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on November 9, 2004.

**Francis Davis**, Constable, City of Boston
& Disinterested Person over Age 18.

Service & Travel: $45.00

**Butler and Witten**
Boston, MA
(617) 325-6455