UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

------------------------------------------------------------------ x
                                                                   :
U.S. BANK, as Trustee of the Chock Full O'Nuts                     :
Corporation Benefit Protection Trust,                              :
                                                                   :    04 Civ. 12338 (WGY)
            Plaintiff,                                             :
                                                                   :    CORPORATE
      v.                                                           :    DISCLOSURE
                                                                   :
SARA LEE CORPORATION, as successor                                 :
corporation to Chock Full O'Nuts Corporation,                      :
                                                                   :
            Defendant.                                             :
                                                                   :
------------------------------------------------------------------ x

Pursuant to Local Rule 7.3 (a), defendant SARA LEE CORPORATION states that it is a is publicly held company and that no publicly held U.S. corporation owns ten percent (10%) of more of Sara Lee's stock.

Dated: January 12, 2005

                                          Respectfully submitted,

                                          **SARA LEE CORPORATION,**

                                          By: _____
                                              Terri Ross (BBO 567791)
                                              McDermott Will & Emery LLP
                                              50 Rockefeller Plaza
                                              New York, New York  10020-1605
                                              Tel: (212) 547-5400
                                              Fax: (212) 547-5444

                            Certificate of Service

    I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by overnight mail on January 12, 2005.

NYK 944453-1.029636.0169