UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------- x
                                                                 :
U.S. BANK, as Trustee of the Chock Full O'Nuts                   :
Corporation Benefit Protection Trust,                            :
                                                                 :     04 Civ. 12388 (WGY)
                Plaintiff,                                       :
                                                                 :     ASSENTED TO
        v.                                                       :     MOTION FOR
                                                                 :     EXTENSION
SARA LEE CORPORATION, as successor                               :
corporation to Chock Full O'Nuts Corporation,                    :
                                                                 :
                Defendant.                                       :
                                                                 :
---------------------------------------------------------------- x

Defendant Sara Lee Corporation ("Sara Lee"), by its attorneys, McDermott Will & Emery LLP, respectfully requests that this Court grant it additional time in which to file an answer or otherwise plead in response to the complaint filed by plaintiff U.S. Bank, as Trustee of the Chock Full o'Nuts Benefits Protection Trust ("Plaintiff" or "U.S. Bank"). In support of its motion, Defendant states that Plaintiff has agreed to the extension of time requested herein. Defendant further states as follows:

1. Plaintiff filed its complaint in this matter on or about November 5, 2004, and served the Complaint on Sara Lee's registered agent for service of process on or about November 9, 2004.

2. Upon receipt of the complaint, Sara Lee promptly retained counsel and counsel for Sara Lee promptly contacted counsel for U.S. Bank to explore the possibility of settlement. In order to pursue settlement negotiations and to accommodate the holidays, the parties agreed to extend the time to answer until January 31, 2005.

3. As the parties continue to explore the possibility of resolving this matter prior to Defendant responding to the complaint and additional fees being incurred, Defendant asserts that judicial resources and the parties' resources will be conserved by the Court's granting of this request. For these reasons, Defendant respectfully requests that the Court extend itsr deadline to answer the complaint or otherwise plead until January 31, 2005.

4. Counsel for Plaintiff has agreed to the extension sought in this motion and has consented to the filing of this motion.

5. This is the first request for an extension of the answering deadline.

WHEREFORE, Defendant Sara Lee Corporation respectfully requests that this Court grant this Motion and allow it until January 31, 2005 to file its answer or other responsive pleadings.

Dated: January 12, 2005

Respectfully submitted,

**SARA LEE CORPORATION,**

By: _____
Terri Ross (BBO 567791)
McDermott Will & Emery LLP
50 Rockefeller Plaza
New York, New York 10020-1605
Tel: (212) 547-5400
Fax: (212) 547-5444

Certificate of Service

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by overnight mail on January 12, 2005.

_____

NYK 944435-1.029636.0169