UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| U.S. BANK, as trustee of the Chock Full O'Nuts Corporation Benefit Protection Trust,<br><br>Plaintiff,<br><br>v.<br><br>SARA LEE CORPORATION, as successor corporation to Chock Full O'Nuts Corporation,<br><br>Defendants. | Civil Action No. 04-12328 (WGY) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

Please substitute the appearance of Jacob A. Labovitz on behalf of Plaintiff, U.S. Bank, as trustee of the Chock Full O'Nuts Corporation Benefit Protection Trust, for that of Daniel G. Cromack. Mr. Cromack, also of Palmer & Dodge LLP, will join Michael T. Gass in his representation of U.S. Bank.

Respectfully submitted,

/s/_____
Michael T. Gass (BBO #546874)
Jacob A. Labovitz (BBO #646967)
PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA 02199
(617) 239-0100

January 21, 2005

- 2 -

CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the above document to be served upon counsel for the parties as listed below by mail on January 20, 2005.

_____