UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

------------------------------------------------------------ x
:
U.S. BANK, as Trustee of the Chock Full O'Nuts
Corporation Benefit Protection Trust,
:
                                    Plaintiff,              :      04 Civ. 12328 (WGY)

**STIPULATION OF**
       v.                                         :      **DISMISSAL**

SARA LEE CORPORATION, as successor      :
corporation to Chock Full O'Nuts Corporation,
:
                                    Defendant.
:
------------------------------------------------------------ x

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the above entitled action be dismissed without prejudice and without costs to either party and that an order to that effect may be entered without further notice. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: January 31, 2005

_/s/ Terri L. Ross / D.G.C._
Terri L. Ross (BBO 567791)
McDERMOTT WILL & EMERY LLP
50 Rockefeller Plaza
New York, New York  10020
(212) 547-5400

Attorneys for Defendant
Sara Lee Corporation

_/s/ Michael T. Gass_
Michael T. Gass (BBO 546874)
Daniel G. Cromack (BBO 652252)
PALMER & DODGE LLP
111 Huntington Avenue
Boston, Massachusetts  02199
(617) 239-0100

Attorneys for Plaintiff
U.S. Bank

NYK 946933-1.029636.0169

SO ORDERED: _/s/ William G. Young_